

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:21-cr-103 |
| v. | SECOND SUPERSEDING INDICTMENT |
| DESHAWN LEVELL GREER, also known as, Jack, DESMOND LAMAR HOWARD, also known as, Blu, and CARL MURPHY also known as, P, also known as, C-Note, | T. 21 U.S.C. § 841(a)(1)<br>T. 21 U.S.C. § 841(b)(1)(A)<br>T. 21 U.S.C. § 841(b)(1)(B)<br>T. 21 U.S.C. § 841(b)(1)(C)<br>T. 21 U.S.C. § 846<br>T. 21 U.S.C. § 851 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least 2019, and continuing until July 20, 2021, in the Southern District of Iowa and elsewhere, the defendants, DESHAWN LEVELL GREER, also known as, Jack, DESMOND LAMAR HOWARD, also known as, Blu, and CARL MURPHY, also known as, P, also known as C-Note, conspired, with each other and with other persons known and unknown to the Grand Jury[1], to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

---

[1] Malek Holmes, Pierre Black, Gregory Spight, Earl Clay III, Michael Byrd, Azim Abdul-Ahad, Ronald Harris, Daeante Neely, Derrick Fleming, Dandre Cox, Patrick Staples, Tabaris Brown, Brandon Reed, Jason Beaman, Elijah Seymour, Felicia Olson, Sarah Hume, Andrew Price, Jamisha Canada, Tonie Canada, and Rickey'a Jackson have each entered guilty pleas to the Superseding Indictment.

1

This is a violation of Title 21, United States Code, Section 846.

With respect to defendant CARL MURPHY, also known as, P, also known as C-Note, the conspiracy involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

With respect to defendant DESHAWN LEVELL GREER, also known as, Jack, the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

With respect to defendant DESMOND LAMAR HOWARD, also known as, Blu, the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

THE GRAND JURY FINDS:

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 1, the defendant, CARL MURPHY, also known as P, also known as C-Note, was convicted of Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), in the Northern District of Illinois, case number 1:09-CR-928, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

This is pursuant to Title 21, United States Code, Section 851.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Mallory E. Weiser
Assistant United States Attorney
Amy L. Jennings
Assistant United States Attorney