IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 4:21-cr-103 |
| v. | ) | |
| | ) | |
| CARL MURPHY, | ) | NOTICE UNDER FEDERAL |
| also known as, P, | ) | RULE OF EVIDENCE 404(B) |
| also known as, C-Note, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America hereby gives notice under Federal Rule of Evidence 404(b) of the Government's intent to offer the following evidence at trial:

1. On or about August 18, 2011, in the Northern District of Illinois, in case number 1:09-cr-928, Defendant was convicted of Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conduct alleged above is admissible because it is evidence of prior acts that proves motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, and/or lack of accident. The conduct above is relevant to the charged offenses as to Defendant, and shows Defendant's motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, and/or lack of accident in conspiring to possess and distribute controlled substances.

The intent of this filing is to provide any required notice under Federal Rule of Evidence 404(b). The government reserves the right to argue other independent grounds regarding the admissibility of this information and does not, by this notification, limit itself to Rule 404(b) for admissibility purposes. Prior admissions,

1

exhibits, and other evidence described herein, along with the names of all potential witnesses and the substance of their expected testimony, will be disclosed to the defense in discovery and supplemented as appropriate.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Mallory E. Weiser*
Mallory E. Weiser
Amy L. Jennings
Assistant United States Attorneys
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mallory.weiser@usdoj.gov
Email: amy.jennings2@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on July 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

___U.S. Mail  ___Fax  ___Hand Delivery
_X_ECF/Electronic filing  ___Other means

UNITED STATES ATTORNEY

By: */s/ Mallory E. Weiser*
         AUSA