UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, | 4:21-CR-00103-SMR-HCA-8 |
|---|---|
| CARL MURPHY, Defendant. | DEFENDANT'S TRIAL BRIEF |

Carl Murphy submits the following trial brief.

## I. FACTUAL SETTING

Mr. Murphy was charged in the second superseding indictment on July 19, 2022, with conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 846; 841(a)(1); 841(b)(1)(A). The indictment included a notice of prior conviction for Mr. Murphy. On June 12, 2019, a notice of enhancement information under 21 U.S.C. § 851(a)(1) was filed, giving notice the Government intended to prove one prior serious drug felony conviction.

It is anticipated the evidence will indicate Malek Holmes, Pierre Black, Deshawn Greer, Desmond Howard, Gregory Spight, Earl Clay III, Michael Byrd, Carl Murphy, Azim Abdul-Ahad, Ronald Harris, Deante Neely, Derrick Fleming, Dandre Cox, Patrick Staples, Tabaris Brown, Brandon Reed, Jason Beaman, Elijah Seymour, Felicia Olson, Sarah Hume, Andrew Price, Jamisha Canada, Tonie Canada, and Rickey'a Jackson and others were involved in the sale of controlled substance, to wit: heroin with a detectable amount of fentanyl. The Government's case in chief is anticipated to be historical testimony of these or other cooperating witnesses and intercepted communications.

II. ISSUES

*A. Trial Matters.*

The parties will submit proposed instructions to the Court. With minor differences, the parties agree with the substantive content of the instructions.

Defendant requests production of all *Jencks* material, to the extent such statements are not previously provided. 18 U.S.C. § 3500.

Government cooperating witnesses have given statements that were recorded. Should witnesses testify inconsistent with those statements, exhibits will be prepared of the specific questions and answers in the previous interview. It is anticipated the exhibit would not only be shown to the witness, but also played to the jury. The Rules of Evidence allow for this procedure.

Federal Rule of Evidence 613 provides:

> *a. Showing or disclosing the statement during examination.* When examining a witness about the witness's prior statement, a party need not show it or disclose its contents to the witness. But the party must, on request, show it or disclose its contents to an adverse party's attorney.
>
> *b. Extrinsic evidence of a prior inconsistent statement.* Extrinsic evidence of a witness's prior inconsistent statement is admissible only if the witness is given an opportunity to explain or deny the statement and an adverse party is given an opportunity to examine the witness about it, or if justice so requires. This subdivision (*b*) does not apply to an opposing party's statement under rule 801(*d*)(2).

Fed. R. Evid. 613.

Rule 613 evidence must not be collateral and meet Rule 403 requirements. *United States v. Durham*, 470 F.3d 727, 732 (8th Cir. 2006). Extrinsic evidence of prior inconsistent statements is admissible under Rules 607 and 613(b), subject to the Rule

403 balancing test. *United States v. Demery*, 674 F.3d 776, 780 (8th Cir. 2011). It is anticipated, if such impeachment is needed, it will only be on matters of previous statements concerning the charged conspiracy and relevant to the pending charges.

*B. Motion in Limine.* At the time of filing, there are motions in limine and related resistances filed by both parties. Those evidentiary issues are not reiterated here.

*C. Trial Length.* It is anticipated trial will last approximately four trial days to submission to the jury.

/s/ Christine Branstad

Christine E. Branstad (AT0001125)
BRANSTAD & OLSON LAW OFFICE
2501 Grand Avenue, Suite A
Des Moines, Iowa 50312
Office: 515-224-9595
Branstad@BranstadLaw.com
Cell: 515-240-7043
Attorney for Defendant

SARCONE LAW FIRM, PLLC
501 SW 7th Street, Ste. J
Des Moines, IA 50309
Telephone: 515.644.2243
Email: nick@desmoinesattorneys.com

By: /s/ Nicholas A. Sarcone, AT0009755
Attorney for Defendant

Filed and Served on all parties by the CM/ECF system on August 14, 2022 *THB*