IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:21-cr-103 |
| v. ) | |
| ) | |
| CARL MURPHY, ) | GOVERNMENT'S |
| also known as, P, ) | TRIAL BRIEF |
| also known as, C-Note, ) | |
| ) | |
| Defendant. ) | |

## INTRODUCTION

On July 19, 2022, the grand jury returned a Second Superseding Indictment charging Defendant with one count: conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846. The Second Superseding Indictment contains a notice of prior conviction, pursuant to Title 21, United States Code, Section 851. Trial is scheduled to begin August 22, 2022, and is anticipated to last three days.

## FACTUAL BACKGROUND

From as early as 2019 and until July 20, 2021, Defendant was a large-scale heroin source of supply for several members of a large drug trafficking organization operating out of the Des Moines Metro. Many of Defendant's coconspirators grew up in the same neighborhood as Defendant did, and are in the same gang, the Black P Stone Nation (BPSN). Defendant was intercepted on Title III wiretaps with coconspirators in reference to his drug distribution. Investigators also intercepted calls between coconspirators talking about obtaining their product from Defendant,

including prices and weights. Coconspirators purchased approximately 100 grams of heroin each time the replenished their supply from Defendant, doing so several times per month.

## STIPULATIONS

The government has offered several stipulations. Defendant intends to enter the following:

- A stipulation that the drug exhibits are drugs of the type and quantity reported by the lab;
- A stipulation that the foundation for interceptions and pole camera footage has been met.

## EVIDENCE

In addition to witness testimony, evidence in this case includes telephone interceptions, pole camera footage, photos, and certified criminal history records. Transcripts have been prepared to accompany the telephone interceptions.

The government's case agent, who will sit at counsel table, is Investigator Jacob Murillo of the Polk County Sheriff's Office. The government intends to call Investigator Murillo to testify in its case-in-chief on multiple occasions and, if necessary, in any bifurcated proceeding or rebuttal.

### I. Criminal History Records

Should the Court rule the information admissible, the government intends to admit at trial criminal history records regarding Defendant's prior conviction outlined in both the Notice filed at docket number 1067, as well as the government's motions in limine, filed at docket number 1110. The government intends to admit

these records through Federal Bureau of Investigation Special Agent Mark Fredkove. The document, which has been identified as Government Exhibit 300, is attached to this brief.

## II. Defendant's and Coconspirator Statements

The government will offer statements Defendant made to coconspirators on telephone interceptions and directly to coconspirators. These are admissions by a party opponent and not hearsay. Fed. R. Evid. 801(d)(2)(A). Additionally, any statements of coconspirators made in these conversations are admissible. *United States v. Mayfield*, 909 F.3d 956, 962 (8th Cir. 2018) (co-conspirators' statements made in furtherance of a conspiracy…are generally non-testimonial and, therefore, do not violate the Confrontation Clause."); Fed. R. Evid. 801(d)(2)(E). These statements also provide the necessary context for Defendant's. *United States v. Spencer*, 592 F.3d 866, 879 (8th Cir. 2010) (affirming admission of statements by a second party to the defendant's conversation as non-hearsay because that party's statements provided context for the defendant's statements).

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Mallory Weiser*
Mallory E. Weiser
Amy L. Jennings
Assistant United States Attorneys
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mallory.weiser@usdoj.gov
      amy.jennings2@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on August 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery
\_\_X\_\_ECF/Electronic filing \_\_\_Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/ Mallory Weiser*