IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-cr-103 |
| v. | ) | |
| CARL MURPHY,<br>also known as, P,<br>also known as, C-Note,<br>Defendant. | ) | GOVERNMENT'S TRIAL<br>EXHIBIT LIST |

The United States of America respectfully submits the following list of exhibits which may be introduced in the government's case-in-chief. This list may not include exhibits which may be introduced, depending in part upon issues which may arise during trial, and the government reserves its right to offer exhibits not on this list as necessary. Exhibits are labeled in the following categories:

100s—Audio

200s—Video

300s—Documents (Stipulations, Prior Conviction) and Photos

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 101 | Intentionally left blank | | | |
| 102 | Intercepted call – 6/15/2021 at 7:57 pm | | | |
| 102a | Transcript | | | |
| 103 | Intercepted call – 6/19/2021 at 7:40 pm | | | |
| 103a | Transcript | | | |
| 104 | Intercepted call – 6/25/2021 at 6:50 pm | | | |

1

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 104a | Transcript | | | |
| 105 | Intercepted call – 6/26/2021 at 11:42 am | | | |
| 105a | Transcript | | | |
| 106 | Intercepted call – 6/26/2021 at 12:28 pm | | | |
| 106a | Transcript | | | |
| 107 | Intercepted call – 6/26/2021 at 1:00 pm | | | |
| 107a | Transcript | | | |
| 108 | Intercepted call – 6/26/2021 at 1:42 pm | | | |
| 108a | Transcript | | | |
| 109 | Intercepted call – 6/29/2021 at 11:51 am | | | |
| 109a | Transcript | | | |
| 110 | Intercepted call – 6/29/2021 at 3:20 pm | | | |
| 110a | Transcript | | | |
| 111 | Intercepted call – 7/6/2021 at 4:03 pm | | | |
| 111a | Transcript | | | |
| 112 | Intercepted call – 5/28/2021 at 12:34 pm | | | |
| 112a | Transcript | | | |
| 113 | Intercepted call – 6/25/2021 at 6:49 pm | | | |
| 113a | Transcript | | | |
| 114 | Intercepted call – 6/27/2021 at 1:08 pm | | | |
| 114a | Transcript | | | |
| 115 | Intercepted call – 6/28/2021 at 9:29 am | | | |
| 115a | Transcript | | | |
| 116 | Intercepted call – 6/28/2021 at 9:44 am | | | |

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 116a | Transcript | | | |
| 117 | Intercepted call – 6/28/2021 at 10:23 am | | | |
| 117a | Transcript | | | |
| 118 | Intercepted call – 7/2/2021 at 3:20 pm | | | |
| 118a | Transcript | | | |
| 119 | Intercepted call – 7/3/2021 at 11:10 am | | | |
| 119a | Transcript | | | |

Video

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 201 | Pole Camera – 6/26/2021 at 12:14 pm | | | |
| 202 | Pole Camera – 6/26/2021 at 12:50 pm | | | |
| 203 | Pole Camera – 5/11/2021 at 9:30 am | | | |
| 204 | Pole Camera – 6/28/2021 at 10:52 am | | | |
| 205 | Pole Camera – 7/3/2021 at 2:38 pm | | | |

Documents

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 300 | Photo of Carl Murphy | | | |
| 301 | Photo of Malek Holmes | | | |
| 302 | Photo of Pierre Black | | | |
| 303 | Photo of Earl Clay, III | | | |
| 304 | Photo of Deshawn Greer | | | |
| 305 | Photo of Desmond Howard | | | |
| 306 | Photo of Michael Byrd | | | |
| 307 | Photo of Azim Abdul-Ahad | | | |
| 308 | Photo of Patrick Staples | | | |
| 309 | Photo of Tabaris Brown | | | |
| 310 | Photo of Terrance Lindsay | | | |
| 311 | Photo of Robert Jeffries | | | |
| 312 | Photo of Gregory Spight | | | |
| 313 | Photo of Tony Martin | | | |
| 314 | Photo of Dandre Cox | | | |
| 315 | Photo of Devante Taylor | | | |
| 316 | Photo of Ronald Harris | | | |
| 317 | Murphy NDIL Certified Judgment | | | |
| 318 | Stipulation – wire and pole cam foundation | | | |
| 319 | Stipulation – lab reports | | | |
| 320 | DCI Lab Report | | | |
| 321 | DCI Lab Report | | | |
| 322 | DCI Lab Report | | | |
| 323 | DCI Lab Report | | | |

Documents

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 324 | DCI Lab Report | | | |
| 325 | Photo of Murphy's House | | | |
| 326 | Photo of Murphy's House | | | |
| 327 | Photo of Murphy's House | | | |
| 328 | Photo of Murphy's House – Pole cam still | | | |
| 329 | M.H. Plea Agreement | | | |
| 330 | M.H. Plea Agreement Attachment A | | | |

Respectfully submitted,

Richard D. Westphal
United States Attorney

CERTIFICATE OF SERVICE
I hereby certify that on August 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
\_\_\_\_U.S. Mail \_\_\_\_\_ Fax \_\_\_\_\_Hand Delivery
  X   ECF/Electronic filing   \_\_\_\_Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/ Mallory Weiser*

By: */s/ Mallory Weiser*
Mallory E. Weiser
Amy L. Jennings
Assistant United States Attorneys
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mallory.weiser@usdoj.gov
         amy.jennings2@usdoj.gov