UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>CARL MURPHY,<br>　　　Defendant. | 4:21-CR-00103-SMR-HCA-8<br><br>DEFENDANT'S PROPOSED EXHIBIT LIST |

Defendant Carl Murphy provides the following list of Proposed Exhibits for Trial:

   A. Carl Murphy Pay Stubs

   B. Carl Murphy Resume

   C. ServSafe Certificate

   D. Photo of Carl Murphy House

   E. Photo of Carl Murphy House

   F. Photo of Carl Murphy House


Murphy reserves the right to offer any exhibit necessary to address unexpected testimony or evidence from the Government.


*/s/ Christine Branstad*

Christine E. Branstad (AT0001125)
BRANSTAD & OLSON LAW OFFICE
2501 Grand Avenue, Suite A
Des Moines, Iowa 50312
Office: 515-224-9595
Branstad@BranstadLaw.com
Cell: 515-240-7043
Attorney for Defendant

SARCONE LAW FIRM, PLLC
501 SW 7th Street, Ste. J
Des Moines, IA 50309
Telephone: 515.644.2243
Email: nick@desmoinesattorneys.com

By: /s/ Nicholas A. Sarcone, AT0009755
Attorney for Defendant


Filed and Served on all parties by the CM/ECF system on August 18, 2022 *THB*