Presiding: Honorable Stephanie M. Rose

Case No. 4:21-cr-00103-008 : Clerk's Court Minutes – Final Pretrial Conference

_____

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Carl Murphy |

_____

Plaintiff(s) Counsel: Amy L. Jennings and Mallory E. Weiser

Defendant(s) Counsel: Christine E. Branstad and Nicholas A. Sarcone

Court Reporter: Kelli Mulcahy : Interpreter: N/A

_____

Motion(s) for Ruling: Ruling / Ruling Reserved

_____

Proceedings:

8:21 Court in session. Defendant present with counsel. Court takes up pretrial matters. 8:31 Court makes Frye record. 8:34 Court takes up additional pretrial matters. Court proceeds to jury trial. 8:50 Adjourn.

Time Start: 8:21 am
Time End: 8:50 am
Date: August 22, 2022

/s./ K. Chrismer
_____
Deputy Clerk