United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose

Case No. 4:21-cr-00103-008 : Clerk's Court Minutes – Jury Trial - Day 1

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Carl Murphy |

Plaintiff(s) Counsel: Amy L. Jennings and Mallory E. Weiser

Defendant(s) Counsel: Christine E. Branstad and Nicholas A. Sarcone

Court Reporter: Kelli Mulcahy : Interpreter: N/A

Motion(s) for Ruling:   Ruling   /   Ruling Reserved

Proceedings:

9:00 Court in session. 9:01 Court meets with prospective jurors outside the presence of the jury pool. 9:24 Jury pool brought in. 9:25 Initial jury panel seated. 9:26 Initial jury oath administered. 9:27 Court voir dire. 9:52 Government voir dire. 10:08 Defense voir dire. 10:25 Parties exercise strikes. 11:05 Court breaks. 11:16 Court returns. 11:20 Jury panel seated. 11:21 Jury panel sworn. 11:24 Court reads preliminary jury instructions. 11:38 Government presents opening statements. 11:49 Defense presents opening statements. 11:59 Jury excused. 12:00 Court takes up matters outside the presence of the jury. 12:01 Court breaks.

1:15 Court returns. 1:16 Court takes up matters outside the presence of the jury. 1:20 Jury brought in. 1:21 Government reads stipulations. 1:24 Government calls Investigator Jacob Murillo; witness sworn; testifies. 2:06 Witness excused. 2:07 Government calls FBI Special Agent Mark Fredkove; witness sworn; testifies. 2:24 Witness excused. 2:30 Government calls Malek Holmes; witness sworn; testifies. 3:01 Jury excused. 3:02 Court breaks. 3:21 Court returns. 3:22 Jury brought in. 3:23 Testimony of Malek Holmes continues; witness previously sworn. 4:58 Jury excused. 4:59 Court takes up matters outside the presence of the jury. 5:02 Adjourn.

Jury trial to resume Tuesday August 23, 2022 at 8:30 am.

Time Start: 9:00 am
Time End: 5:02 pm
Date: August 22, 2022

/s./ K. Chrismer
_____
Deputy Clerk