United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose

Case No. 4:21-cr-00103-008 : Clerk's Court Minutes – Jury Trial - Day 2

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Carl Murphy |

Plaintiff(s) Counsel: Amy L. Jennings and Mallory E. Weiser

Defendant(s) Counsel: Christine E. Branstad and Nicholas A. Sarcone

Court Reporter: Kelli Mulcahy : Interpreter: N/A

Motion(s) for Ruling:  Ruling / Ruling Reserved

Proceedings:

8:17 Court in session. Defendant present with counsel. Court takes up matters outside the presence of the jury. 8:24 Court breaks. 8:38 Court returns. 8:39 Jury brought in. 8:40 Testimony of Malek Holmes continues; witness previously sworn. 9:06 Witness excused. 9:07 Government recalls Investigator Jacob Murillo; witness sworn; testifies. 10:05 Witness excused. Jury excused. 10:06 Court breaks. 10:27 Court returns. 10:28 Jury brought in. 10:29 Government calls Sergeant Brady Carney; witness sworn; testifies. 12:05 Witness excused. 12:06 Jury excused. 12:07 Court takes up matters outside the presence of the jury. 12:09 Court breaks.

1:02 Court returns and takes up matters outside the presence of the jury. 1:04 Defense makes motion for directed verdict. 1:06 Defendant's motion is denied. 1:07 Court breaks. 1:22 Court returns. 1:23 Jury brought in. 1:24 Government rests. 1:25 Defense rests. 1:26 Court reads final jury instructions. 1:41 Government presents closing arguments. 2:03 Defense presents closing arguments. 2:26 Government presents rebuttal closing arguments. 2:32 Court reads final jury instruction. 2:35 Court reads verdict form. 2:37 Alternate juror excused. 2:39 Jury excused to begin their deliberations. 2:39 Court breaks.

5:00 Jury excused. Jury to continue with deliberations on Wednesday August 24, 2022 at 8:30 am.

Time Start: 8:17 am
Time End: 5:00 pm
Date: August 23, 2022

/s./ K. Chrismer
Deputy Clerk