# WITNESS LIST in USA v. CARL MURPHY, 4:21-cr-00103-008

## Government's Witnesses

| Name | Date | Start Time | End Time |
|---|---|---|---|
| Investigator Jacob Murillo | 8/22/2022 | 1:24 | 2:06 |
| FBI Special Agent Mark Fredkove | 8/22/2022 | 2:07 | 2:24 |
| Malek Holmes | 8/22/2022 | 2:30 | 4:58 |
| Malek Holmes | 8/23/2022 | 8:40 | 9:06 |
| Investigator Jacob Murillo | 8/23/2022 | 9:07 | 10:05 |
| Sergeant Brady Carney | 8/23/2022 | 10:29 | 12:05 |

## Defendant's Witnesses

| Name | Date | Start Time | End Time |
|---|---|---|---|
|  |  |  |  |