# EXHIBIT LIST in USA v. CARL MURPHY, 4:21-cr-00103-008

## Government's Exhibits

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
| 102 | 8/22/2022 | Intercepted call – 6/15/2021 at 7:57 pm | Yes | Yes |
| 102a | 8/22/2022 | Transcript | Yes | Yes |
| 103 | 8/22/2022 | Intercepted call – 6/19/2021 at 7:40 pm | Yes | Yes |
| 103a | 8/22/2022 | Transcript | Yes | Yes |
| 104 | 8/22/2022 | Intercepted call – 6/25/2021 at 6:50 pm | Yes | Yes |
| 104a | 8/22/2022 | Transcript | Yes | Yes |
| 105 | 8/22/2022 | Intercepted call - 6/26/2021 at 11:42 am | Yes | Yes |
| 105a | 8/22/2022 | Transcript | Yes | Yes |
| 106 | 8/22/2022 | Intercepted call - 6/26/2021 at 12:28 pm | Yes | Yes |
| 106a | 8/22/2022 | Transcript | Yes | Yes |
| 107 | 8/22/2022 | Intercepted call – 6/26/2021 at 1:00 pm | Yes | Yes |
| 107a | 8/22/2022 | Transcript | Yes | Yes |
| 108 | 8/22/2022 | Intercepted call – 6/26/2021 at 1:42 pm | Yes | Yes |
| 108a | 8/22/2022 | Transcript | Yes | Yes |
| 109 | 8/22/2022 | Intercepted call – 6/29/2021 at 11:51 am | Yes | Yes |
| 109a | 8/22/2022 | Transcript | Yes | Yes |
| 110 | 8/22/2022 | Intercepted call – 6/29/2021 at 3:20 pm | Yes | Yes |
| 110a | 8/22/2022 | Transcript | Yes | Yes |
| 111 | 8/22/2022 | Intercepted call – 7/6/2021 at 4:03 pm | Yes | Yes |
| 111a | 8/22/2022 | Transcript | Yes | Yes |
| 112 | 8/22/2022 | Intercepted call – 5/28/2021 at 12:34 pm | Yes | Yes |
| 112a | 8/22/2022 | Transcript | Yes | Yes |
| 113 | 8/22/2022 | Intercepted call – 6/25/2021 at 6:49 pm | Yes | Yes |
| 113a | 8/22/2022 | Transcript | Yes | Yes |
| 114 | 8/22/2022 | Intercepted call – 6/27/2021 at 1:08 pm | Yes | Yes |
| 114a | 8/22/2022 | Transcript | Yes | Yes |
| 115 | 8/22/2022 | Intercepted call – 6/28/2021 at 9:29 am | Yes | Yes |
| 115a | 8/22/2022 | Transcript | Yes | Yes |
| 116 | 8/22/2022 | Intercepted call – 6/28/2021 at 9:44 am | Yes | Yes |
| 116a | 8/22/2022 | Transcript | Yes | Yes |
| 117 | 8/22/2022 | Intercepted call – 6/28/2021 at 10:23 am | Yes | Yes |
| 117a | 8/22/2022 | Transcript | Yes | Yes |
| 118 | 8/22/2022 | Intercepted call – 7/2/2021 at 3:20 pm | Yes | Yes |

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
| 118a | 8/22/2022 | Transcript | Yes | Yes |
| 119 | 8/22/2022 | Intercepted call – 7/3/2021 at 11:10 am | Yes | Yes |
| 119a | 8/22/2022 | Transcript | Yes | Yes |
| 201 | 8/22/2022 | Pole Camera – 6/26/2021 at 12:14 pm | Yes | Yes |
| 202 | 8/22/2022 | Pole Camera – 6/26/2021 at 12:50 pm | Yes | Yes |
| 203 | 8/22/2022 | Pole Camera – 5/11/2021 at 9:30 am | Yes | Yes |
| 204 | 8/22/2022 | Pole Camera – 6/28/2021 at 10:52 am | Yes | Yes |
| 205 | 8/22/2022 | Pole Camera – 7/3/2021 at 2:38 pm | Yes | Yes |
| 300 | 8/22/2022 | Photo of Carl Murphy | Yes | Yes |
| 301 | 8/22/2022 | Photo of Malek Holmes | Yes | Yes |
| 302 | 8/22/2022 | Photo of Pierre Black | Yes | Yes |
| 303 | 8/22/2022 | Photo of Earl Clay, III | Yes | Yes |
| 304 | 8/22/2022 | Photo of Deshawn Greer | Yes | Yes |
| 305 | 8/22/2022 | Photo of Desmond Howard | Yes | Yes |
| 306 | 8/22/2022 | Photo of Michael Byrd | Yes | Yes |
| 307 | 8/22/2022 | Photo of Azim Abdul-Ahad | Yes | Yes |
| 308 | 8/22/2022 | Photo of Patrick Staples | Yes | Yes |
| 309 | 8/22/2022 | Photo of Tabaris Brown | Yes | Yes |
| 310 | 8/22/2022 | Photo of Terrance Lindsay | Yes | Yes |
| 311 | 8/22/2022 | Photo of Robert Jeffries | Yes | Yes |
| 312 | 8/22/2022 | Photo of Gregory Spight | Yes | Yes |
| 313 | 8/22/2022 | Photo of Tony Martin | Yes | Yes |
| 314 | 8/22/2022 | Photo of Dandre Cox | Yes | Yes |
| 315 | 8/22/2022 | Photo of Devante Taylor | Yes | Yes |
| 316 | 8/22/2022 | Photo of Ronald Harris | Yes | Yes |
| 317 | 8/22/2022 | Murphy NDIL Certified Judgment | Yes | Yes |
| 318 | 8/22/2022 | Stipulation - wire and pole cam foundation | Yes | Yes |
| 319 | 8/22/2022 | Stipulation – lab reports | Yes | Yes |
| 320 | 8/23/2022 | DCI Lab Report | Yes | Yes |
| 321 | 8/23/2022 | DCI Lab Report | Yes | Yes |
| 322 | 8/23/2022 | DCI Lab Report | Yes | Yes |
| 323 | 8/23/2022 | DCI Lab Report | Yes | Yes |
| 324 | 8/23/2022 | DCI Lab Report | Yes | Yes |
| 325 | 8/22/2022 | Photo of Murphy's House | Yes | Yes |
| 326 | 8/22/2022 | Photo of Murphy's House | Yes | Yes |
| 327 | 8/22/2022 | Photo of Murphy's House | Yes | Yes |
| 328 | 8/22/2022 | Photo of Murphy's House – Pole cam still | Yes | Yes |

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
| 332 | 8/23/2022 | Photograph of Firearm Case | Yes | Yes |
| 333 | 8/23/2022 | Photograph of Ammunition | Yes | Yes |
| 334 | 8/23/2022 | Photograph of Ammunition in Safe | Yes | Yes |

## Defendant's Exhibits

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
|  |  |  |  |  |