Why do we decide between the 3 amounts of heroin?

11:15 Am   8-24-22

~~[scribbled out]~~

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CR-103-SMR-HCA |
| Plaintiff, | ) | |
| v. | ) | ANSWER TO JURY QUESTION 1 |
| CARL MURPHY, | ) | |
| Defendant. | ) | |

I received your note asking:

*Why do we decide between the 3 amounts of heroin?*

*11:15 AM 8-24-22*

 

Under current federal law, drug quantity is a supplemental element of any conspiracy offense charged. Therefore, juries must deliberate upon the drug quantity issue and reach a unanimous decision, relying upon proof beyond a reasonable doubt. You should not speculate regarding the reason for this aspect of the law. Please continue with your deliberations.

Dated this 24th day of August, 2022

_____
STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT