```
DSCB5   540*23  *           SENTENCE MONITORING        *    08-19-2022
PAGE 001         *           COMPUTATION DATA           *    11:37:53
                             AS OF 07-27-2018
```

REGNO..: 41631-424 NAME: MURPHY, CARL

FBI NO............:                          DATE OF BIRTH:              AGE: 53
ARS1..............: CCC/PRE REMOVE
UNIT..............:                           QUARTERS.....:
DETAINERS.........: NO                        NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 01-28-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-27-2018 VIA GCT REL


                RELEASE AUDIT COMPLETED ON 06-15-2017 BY DSCC
------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------
COURT OF JURISDICTION...........: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER...................: 09 CR 928
JUDGE...........................: LEINENWEBER
DATE SENTENCED/PROBATION IMPOSED: 08-18-2011
DATE COMMITTED..................: 12-12-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
OFF/CHG: 21:841(A)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE CT-3

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 09-01-2009




G0002        MORE PAGES TO FOLLOW . . .

GOVERNMENT EXHIBIT 331 4:21-cr-103

REGNO..: 41631-424 NAME: MURPHY, CARL

--------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-09-2011 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-15-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

```
DATE COMPUTATION BEGAN..........: 08-18-2011
TOTAL TERM IN EFFECT............:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 09-01-2009

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     11-10-2009    08-17-2011

TOTAL PRIOR CREDIT TIME.........: 646
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 470
TOTAL GCT EARNED................: 470
STATUTORY RELEASE DATE PROJECTED: 07-28-2018
ELDERLY OFFENDER TWO THIRDS DATE: 07-11-2016
EXPIRATION FULL TERM DATE.......: 11-10-2019
TIME SERVED.....................:        8 YEARS      8 MONTHS      18 DAYS
PERCENTAGE OF FULL TERM SERVED..: 87.1
PERCENT OF STATUTORY TERM SERVED: 99.9

ACTUAL SATISFACTION DATE........: 07-27-2018
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CCH
ACTUAL SATISFACTION KEYED BY....: BJG

DAYS REMAINING..................: 470
FINAL PUBLIC LAW DAYS...........: 1
```

REMARKS.......: SHALL REPAY A TOTAL OF 12,800 OF"BUY MONEY"




S0039      ALL CURRENT COMPS ARE SATISFIED

# DECLARATION OF RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, __Angela J. Dewalt__, am employed by __the Department of Justice, Federal Bureau of Prisons__ as __an Operations Manger at the Designation and Sentence Computation Center, Grand Prairie, Tx__.

In the capacity, I am either the custodian of records for that business or I have knowledge of the systems and procedures used by that business to create and maintain the records being certified by this Declaration.

I have reviewed the records attached to this Declaration and based upon my knowledge of the regular business practices of that business I know that:

(A) the attached records (number __2__ pages) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) the attached records were kept in the course of the regularly conducted activity of that business; and,

(C) it was the regular practice of that business to make the attached records.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on __August 19,__ 2022.

*A. Dewalt*
**ANGELA DEWALT**  Digitally signed by ANGELA DEWALT
Date: 2022.08.19 11:58:32 -05'00'
(Signature)