CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC DEVICE OR STORAGE MEDIA AND REPORTS PRODUCED PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11), 902(13), and 902(14)

I, **Robert Webber**, attest and certify, under penalties of perjury by the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

1. I was employed by the Federal Bureau of Investigation (FBI) from Sept 8, 1987, until my retirement on September 30, 2022. I was employed by the FBI as an Information Technology Specialist – Digital Forensic Examiner (DFE) from December 2002 until my retirement. As a DFE I received hundreds of hours of training making and examining items of digital evidence, including mobile devices. Specifically, I received eight classroom trainings for cell phones including Cellebrite Certified Operator and Cellebrite Certified Physical Analyst courses in April of 2019. Throughout the course of my career, I have made hundreds of images of digital devices, including images of mobile devices. As a DFE, my duties also include creating extraction reports from digital forensic extraction files, including extraction reports for mobile devices.

2. I am qualified to authenticate the extraction reports referenced in this paragraph because of my experience and training and because I created and had personal involvement in the creation of the digital images listed below:

| Original Device | Source | Date of Image | Image Identifier |
|---|---|---|---|
| Samsung Galaxy 515-661-0508 | 245D-OM-3326798 QOM276 | 8/27/2021 | ICCID 8901260955184066786 IMSI 310260958406678 |

GOVERNMENT EXHIBIT 3

| Samsung Galaxy 515-305-5202 | 245D-OM-3326798 QOM124 | 8/27/2021 | ICCID 8901260025186489947 IMSI 310260028648994 |
|---|---|---|---|
| iPhone XR 515-865-0380 | 245D-OM-3326798 QOM265 | 8/24/2021 | ICCID 8901240131732321371 IMSI 310240133232137 |
| iPhone XR 872-731-9239 | 245D-OM-3326798 QOM232 | 8/27/2021 | ICCID 8901260955137533965 IMSI 310260953753396 |
| iPhone 8 515-344-0682 | 245D-OM-3326798 QOM21 | 10/21/2021 | ICCID 89011202000291448089 IMSI 310120083033287 |
| iPhone 7 515-218-5975 | 245D-OM-7686868 QOM7 | 10/15/2020 | ICCID 8901260065998181928 IMSI 310260069818192 |
| iPhone 7 515-664-9941 | 245D-OM-3326798 QOM105 | 8/23/2021 | ICCID 8901260052928255329 IMSI 310260052825532 |

3. The images identified above were made on the above-listed dates using specialized forensic software, called Cellebrite Physical Analyzer. In my training and experience, this forensic software creates an accurate and reliable image of digital devices, and I have regularly relied on Cellebrite Physical Analyzer to create accurate and reliable mobile device images in the past.

4. Furthermore, I know that the forensic copying process was complete and accurate because the forensic software generated a hash (i.e. digital fingerprint) of the image and because the software expressly indicated that the extraction was successful. When the initial image of the device was created, a hash and verification

2

hash were obtained to confirm that the image was an exact duplicate of the original device. A hash is a mathematical algorithm that is utilized to establish and verify the integrity of electronic evidence. If a single bit or character on a drive or digital file is changed, the hash value of the entire drive will change. Because the hash of the original device and of the image were identical, I know that the image is an exact duplicate of the original device.

5. After the image is created, the software then generates extraction reports containing data, files, and information from the image (e.g., device information, call history, internet activity, text communications, etc.). These extraction reports may be produced in a variety of file types, to include Microsoft Word or Excel, HTML, PDF, and/or XML, and reflect the hash value discussed above. In my training and experience, these software-generated extraction reports reliably and accurately reproduce the data, files, and information contained in the original device, as duplicated by the image.

6. Based on my training, experience, and regular use of the tools and methods of imaging described above, I know that the above-identified image is a true duplicate of the original device in the custody of the Iowa City Police Department and the reports generated of that image truly and accurately reflect the information and data from the original device.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11), 902(13), and 902(14).

10/27/2022
Date

Robert Webber

3