1     NATION BABIES

2     By Jack Da Jrippa

3

4     I'll be home in a minute

5     I told my boys they'd come home in a minute

6     I told my niggas we'll be home in a minute

7     We've got ghetto angels in the sky

8     So we'll be win it, luv

9     I've got niggas in the caves

10    And I'm gonna bring 'em home

11    And even though the ops the same

12    We still killing stone

13    Yo dog you're smoking sane

14    Call it drill mode

15    Blackout that beater gang

16    We like the mafia

17    Yo, I'm black nigga

18    Whip gang caught with the D

19    They should give me a fucking Oscar

20    No talking on the phone

21    You bring your face to meet me

22    My nigga, safe to state in every play a TV.

23    Jack so deep in his thoughts he in his own bed

24    Double faded shots of henny

25    Take a double toke

*Sarah J. Dittmer & Associates*
*reportingwhereur@yahoo.com*

2

```
 1        It's a celebration and my niggas do the mos'
 2        If a nigga slap ass, then we gonna burn his ass
 3                    Chase him down with my CJ
 4                    And we gonna honk his ass
 5                      Niggas gossip like bitches
 6                       And bitches move around
 7                   They take money of all involve'
 8                      Niggas gossip like bitches
 9                       And bitches move around
10     I know you boys right now, you know, fucking around
11         Think about all the shit we have been through
12                    You know, all the gang banging
13                Free Fry, A.J. Bobbitt, Bobby Dingam
14   Hey, luv.  If they mad about these bands or that I'm
15                              focused?
16         Remember reaching my hand, you niggas folded
17          'Member callin' their jam, your lips told it
18                            Time was hot
19              I really couldn't call on you, niggas
20         I took chances in my life and now I'm way up
21                 Round, round 2K, so don't play us
22      I lost Ceno so you know I got to make it happen
23                             tomorrow
24    And I probably still could see Lil' Ceno laughing
25                      We still nation babies
```

*Sarah J. Dittmer & Associates*
*reportingwhereur@yahoo.com*

```
 1                    They know how we fucking profit
 2      All we know is money, money bringing fucking problems
 3        Remember working, form a line, like the drive-thru
 4                 Was heart to heart with them niggas
 5                       And then they switch up
 6         Niggas lay with their bitches and talk about me
 7      Like how you lay with some pussy and think about me
 8      Like money brought me some power and now you hate me
 9      Like money got me this power and now they hate me
10                            Street nigga
11                        I never been in shit
12                        And I'm a street nigga
13                     So I can't trust the bitch
14                       No feelings for a bitch
15                            I fuck a body
16                     Break the bing out a Chevy
17                           Not your body
18                            Street nigga
19                      Free style, free style
20                       You're in my thoughts
21
22
23
24
25
```