
## Roberson/Murphy
1 message

**Lucas Taylor** <lucas@hawkeyedefense.com>     Wed, Dec 7, 2022 at 2:06 PM
To: "Weiser, Mallory (USAIAS)" <mallory.weiser@usdoj.gov>, bmunnelly1009@gmail.com

Counsel-

I am following up on the conversations I had with each of you regarding the potential testimony of my client Timothy Roberson in the Carl Murphy trial.

My client is charged in the Southern District of Iowa, and his sentencing hearing is still pending. Ms. Weiser informed me via email that if my client perjured himself during the trial of Mr. Murphy, he could face an obstruction enhancement or new charges. I doubt that my client would commit perjury. However, given the possibility of criminal charges and their possible impact on my client's sentence, I believe it is appropriate for him to exercise his right to remain silent and advise Mr. Roberson of the same. Mr. Roberson agrees with my advice and would assert his Fifth Amendment right to remain silent if compelled to testify.

Please let me know if you have any additional requests or questions.

Lucas

--

Lucas M. Taylor
**Attorney At Law**
**ANDERSON & TAYLOR, PLLC** | **TRIAL LAWYERS**
213 4th Street, Suite 100
Des Moines, IA 50309
Phone: (515) 282-8637
Facsimile: (888) 490-7617

This e-mail (including attachments) is confidential and legally privileged under the Electronic Communications Privacy Act, 18 U. S. C. Sections 2510-2521. This message and its attachments may be privileged as well as attorney work product. They are intended for the above-mentioned individual or entity. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to anyone else; additionally, please notify the sender by replying to this message and then deleting it from your system. Any unauthorized examination, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender via reply email and delete all copies of the original message.