IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No.  4:22-cr-005 |
| v. | ) ) ) | MOTION TO CONTINUE |
| TIMOTHY ROBERSON, JR., | ) ) | SENTENCING HEARING |
| Defendant. | ) ) ) | |

The government requests the Court continue Defendant's sentencing hearing, currently set for December 12, 2022, and in support thereof states:

1. On June 14, 2022, Defendant pleaded guilty to Count Two of the five-count Indictment, charging possession with intent to distribute a controlled substance.

2. On December 6, 2022, the undersigned became aware that defense counsel for defendant Carl Murphy (4:21-cr-103) wished to call Defendant as a witness at trial. That trial is set for January 9, 2023.

3. The undersigned reached out to Defendant's counsel thereafter. Defense counsel relayed no knowledge of his client's information or involvement. Defense counsel has a meeting scheduled with Defendant on December 7, 2022, to discuss.

4. Defendant's trial testimony could amount to perjury and obstruction of justice, which the government would either ask the Court to consider at sentencing or pursue in additional charges.

5. Further, the United States Marshals Service would need to transport Defendant back to our district or delay his transportation to BOP because of the January 2023 trial if his sentencing were to proceed as scheduled.

6. The government requests the Court continue Defendant's sentencing until after the January 9, 2023 trial date to conserve judicial and government resources.

7. There is no Sixth Amendment right to a speedy sentencing. See Fed. R. Crim. P. 32(b); *Betterman v. Montana*, 136 S. Ct. 1609, 1612–16 (2016).

8. Defendant's counsel takes no position as to a continuance of the sentencing date.

WHEREFORE, the United States requests the Court continue Defendant's sentencing hearing currently scheduled for December 12, 2022 until after the trial scheduled to begin January 9, 2023.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  /s/ *Mallory E. Weiser*
Mallory E. Weiser
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mallory.weiser@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery
__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: _/s/ Mallory E. Weiser, AUSA_____