**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:21-cr-00103-008 : Clerk's Court Minutes – Status Conference

---

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Carl Murphy |

Plaintiff(s) Counsel: Amy L. Jennings and Mallory E. Weiser

Defendant(s) Counsel: Brian S. Munnelly and Christine E. Branstad

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [1249] Defendant's Motion in Limine | | : | X |
| [1255] Government's Motion in Limine | | : | X |
| [1329] Government's Motion in Limine | | : | X |
| [1331] Defendant's Second Motion in Limine | | : | X |

Proceedings:

11:30 Court in session. Parties appear via telephone for a Status Conference. Defendant does not appear for the hearing. Court takes up pending Motions in Limine. Court takes up pretrial matters. 12:02 Adjourn.

Final Pretrial Conference is set for Friday January 6, 2023 at 1:00 pm at the Des Moines Courthouse. Defendant shall be present for the Final Pretrial Conference.

Time Start: 11:30 am
Time End: 12:02 pm
Date: January 4, 2023

/s./ K. Chrismer
Deputy Clerk