# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:21-cr-00103-008 : Clerk's Court Minutes – Jury Trial - Day 3

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Carl Murphy |

Plaintiff(s) Counsel: Amy L. Jennings and Mallory E. Weiser

Defendant(s) Counsel: Brian S. Munnelly and Christine E. Branstad

Court Reporter: Kelli Mulcahy : Interpreter: N/A

Motion(s) for Ruling:                    Ruling    /    Ruling Reserved

Proceedings:

8:20  Court in session.  Defendant present with counsel.  Court takes up matters outside the presence of the jury.  8:23  Court breaks.  8:33  Court returns.  8:34  Jury brought in.  8:35  Testimony of Malek Holmes continues; witness previously sworn; testifies.  10:01  Witness excused.  10:02  Jury excused.  10:03  Court breaks.  10:21  Court returns.  10:22  Jury brought in.  10:23  Government calls Investigator Jacob Murillo; witness sworn; testifies.  11:36  Witness excused.  11:37  Government calls FBI Special Agent Steven Barnard; witness sworn; testifies.  12:03  Jury excused.  12:04  Court breaks.

1:00  Court returns and takes up matters outside the presence of the jury.  1:16  Jury brought in.  1:17  Testimony of FBI Special Agent Steven Barnard continues; witness previously sworn; testifies.  1:39  Witness excused.  1:40  Government calls FBI Special Agent David Bustos; witness sworn; testifies.  2:13  Witness excused.  2:14  Government calls Sergeant Brady Carney; witness sworn; testifies.  3:06  Jury excused.  3:07  Court breaks.  3:25  Court returns.  3:26  Jury brought.  3:27  Testimony of Sergeant Brady Carney continues; witness previously sworn.  3:53  Witness excused.  3:54  Government calls Michael Darrow; witness sworn; testifies.  4:10  Witness excused.  4:11  Government calls Investigator Blaine Shutts; witness sworn; testifies.  4:26  Witness excused.  4:27  Government rests.  4:28  Jury excused.  4:29  Court takes up matters outside the presence of the jury.  4:41  Adjourn.

Jury trial to resume Thursday January 12, 2023 at 8:30 am.  Defendant and counsel shall be present at 8:15 am.

Time Start: 8:20 am
Time End:  4:41 pm
Date: January 11, 2023

/s./ K. Chrismer
_____
Deputy Clerk