IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | Case No. 4:21-cr-103 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| CARL MURPHY, | * | VERDICT FORM |
| | * | |
| Defendant. | * | |

## COUNT ONE
### (Conspiracy to Distribute Heroin)

We, the jury, find the Defendant, CARL MURPHY, __guilty__
(not guilty/guilty)
of the crime of Conspiracy to Distribute Heroin, as charged in Count One of the Indictment.

_____  \_\_1/12/2023_____
FOREPERSON              DATE

(CONTINUE TO NEXT PAGE)

# VERDICT FORM CONTINUED
## (CARL MURPHY – Conspiracy to Distribute Heroin)

_____          _____
         JUROR                                JUROR

_____          _____
         JUROR                                JUROR

_____          _____
         JUROR                                JUROR

_____          _____
         JUROR                                JUROR

_____          _____
         JUROR                                JUROR

_____
         JUROR

*Continue to the next page only if you found the Defendant Carl Murphy guilty of Count One.*

*If you found Defendant Carl Murphy not guilty of Count One, do not answer the drug quantity interrogatory.*

VERDICT FORM CONTINUED – DRUG QUANTITY INTERROGATORY
(Carl Murphy – Conspiracy to Distribute Heroin)

If you unanimously found Defendant Carl Murphy guilty of Count One, please indicate the quantity of heroin that you unanimously and beyond a reasonable doubt find that Defendant Carl Murphy was responsible for, as instructed in Final Instruction No. 5.

Please select <u>one</u> of the following quantities:

✓    1,000 grams (one kilogram) or more of a mixture or substance containing a detectable amount of heroin

____    Less than 1,000 grams, but at least 100 grams or more, of a mixture or substance containing a detectable amount of heroin

____    Less than 100 grams of a mixture or substance containing a detectable amount of heroin

_____    1/12/2023
FOREPERSON    DATE

(CONTINUE TO NEXT PAGE)

# VERDICT FORM CONTINUED – DRUG QUANTITY INTERROGATORY
## (CARL MURPHY– Conspiracy to Distribute Heroin)

_____          _____
         JUROR                              JUROR

_____          _____
         JUROR                              JUROR

_____          _____
         JUROR                              JUROR

_____          _____
         JUROR                              JUROR

_____          _____
         JUROR                              JUROR

_____
         JUROR