# WITNESS LIST in USA v. CARL MURPHY, 4:21-cr-00103-008

## Government's Witnesses

| Name | Date | Start Time | End Time |
|---|---|---|---|
| Investigator Blaine Shutts | 1/9/2023 | 1:31 PM | 2:42 PM |
| FBI Special Agent Mark Fredkove | 1/9/2023 | 3:10 PM | 3:32 PM |
| Investigator Blaine Shutts | 1/9/2023 | 3:33 PM | 4:55 PM |
| | 1/10/2023 | 8:33 AM | 9:05 AM |
| FBI Special Agent Andrew Masters | 1/10/2023 | 9:06 AM | 10:54 AM |
| Malek Holmes | 1/10/2023 | 10:57 AM | 2:41 PM |
| | 1/11/2023 | 8:35 AM | 10:01 AM |
| Investigator Jacob Murillo | 1/11/2023 | 10:23 AM | 11:36 AM |
| FBI Special Agent Steven Barnard | 1/11/2023 | 11:37 AM | 1:39 PM |
| FBI Special Agent David Bustos | 1/11/2023 | 1:40 PM | 2:13 PM |
| Sergeant Brady Carney | 1/11/2023 | 2:14 PM | 3:53 PM |
| Michael Darrow | 1/11/2023 | 3:54 PM | 4:10 PM |
| Investigator Blaine Shutts | 1/11/2023 | 4:11 PM | 4:26 PM |

## Defendant's Witnesses

| Name | Date | Start Time | End Time |
|---|---|---|---|
| Konosha Calvin | 1/12/2023 | 8:33 AM | 9:18 AM |