# EXHIBIT LIST in USA v. CARL MURPHY, 4:21-cr-00103-008

**Government's Exhibits**

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
| 100 | 1/9/2023 | Intercepted call - Holmes and Clay 6/15/2021 at 7:57 pm | Yes | Yes |
| 101 | 1/9/2023 | Intercepted call - Holmes and Black 6/19/2021 at 7:40 pm | Yes | Yes |
| 102 | 1/9/2023 | Intercepted call - Holmes and Clay 6/25/2021 at 6:50 pm | Yes | Yes |
| 103 | 1/9/2023 | Intercepted call - Holmes and Lindsay 6/26/2021 at 11:42 am | Yes | Yes |
| 104 | 1/9/2023 | Intercepted call - Holmes and Lindsay 6/26/2021 at 12:14 pm | Yes | Yes |
| 105 | 1/9/2023 | Intercepted call - Holmes and Lindsay 6/26/2021 at 12:28 pm | Yes | Yes |
| 106 | 1/9/2023 | Intercepted call - Holmes and Clay 6/26/2021 at 1:00 pm | Yes | Yes |
| 107 | 1/9/2023 | Intercepted call - Holmes and Clay 6/26/2021 at 1:42 pm | Yes | Yes |
| 108 | 1/9/2023 | Intercepted call - Holmes and Customer 6/26/2021 at 7:20 pm | Yes | Yes |
| 109 | 1/9/2023 | Intercepted call - Holmes and Murphy 6/29/2021 at 11:51 am | Yes | Yes |
| 110 | 1/9/2023 | Intercepted call - Holmes and Abdul-Ahad 6/29/2021 at 4:03 pm | Yes | Yes |
| 111 | 1/9/2023 | Intercepted call - Black and Murphy 5/28/2021 at 12:34 pm | Yes | Yes |
| 112 | 1/9/2023 | Intercepted call - Black and Murphy 6/25/2021 at 6:49 pm | Yes | Yes |
| 113 | 1/9/2023 | Intercepted call - Black and Murphy 6/27/2021 at 1:08 pm | Yes | Yes |
| 114 | 1/9/2023 | Intercepted call - Black and Murphy 6/28/2021 at 9:29 am | Yes | Yes |
| 115 | 1/9/2023 | Intercepted call - Black and Sanders 6/28/2021 at 9:44 am | Yes | Yes |
| 116 | 1/9/2023 | Intercepted call - Black and Murphy 6/28/2021 at 10:23 am | Yes | Yes |
| 117 | 1/9/2023 | Intercepted call - Black and Murphy 7/2/2021 at 3:20 pm | Yes | Yes |
| 118 | 1/9/2023 | Intercepted call - Black and Murphy 7/3/2021 at 11:10 am | Yes | Yes |
| 119 | 1/9/2023 | Intercepted call - Holmes and Black 5/12/2021 at 12:33 pm | Yes | Yes |
| 120 | 1/11/2023 | Murphy Jail Call 10/12/2022 at 1:34 pm | Yes | Yes |
| 200 | 1/9/2023 | Pole Camera - Arrest of Murphy 7/21/2021 at 6:00 am | Yes | Yes |
| 201 | 1/9/2023 | Pole Camera - Black, Harris at Murphy's 6/28/2021 at 10:52 am | Yes | Yes |
| 202 | 1/9/2023 | Pole Camera - Holmes at Murphy's 6/26/2021 at 12:14 pm | Yes | Yes |
| 203 | 1/9/2023 | Pole Camera - Clay at Murphy's 6/26/2021 at 12:50 pm | Yes | Yes |
| 204 | 1/9/2023 | Pole Camera - Black at Murphy's 7/3/2021 at 2:38 pm | Yes | Yes |
| 205 | 1/9/2023 | Pole Camera - Brown at Murphy's 5/11/2021 at 9:30 am | Yes | Yes |
| 206 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 207 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 208 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 209 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 210 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 211 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 212 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 213 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 214 | 1/11/2023 | Post-Miranda Clip | Yes | Yes |
| 300 | 1/9/2023 | Photo Array | Yes | Yes |
| 301 | 1/10/2023 | Photo of Carl Murphy | Yes | Yes |
| 302 | 1/9/2023 | Photo of Malek Holmes | Yes | Yes |
| 303 | 1/9/2023 | Photo of Pierre Black | Yes | Yes |
| 304 | 1/9/2023 | Photo of Deshawn Greer | Yes | Yes |
| 305 | 1/9/2023 | Photo of Desmond Howard | Yes | Yes |
| 306 | 1/9/2023 | Photo of Earl Clay, III | Yes | Yes |
| 307 | 1/9/2023 | Photo of Ronald Harris | Yes | Yes |
| 308 | 1/9/2023 | Photo of Gregory Spight | Yes | Yes |
| 309 | 1/9/2023 | Photo of Tabaris Brown | Yes | Yes |
| 310 | 1/9/2023 | Photo of Terrance Lindsay | Yes | Yes |
| 311 | 1/10/2023 | Photo of Robert Jeffries | Yes | Yes |
| 312 | 1/10/2023 | Photo of Azim Abdul-Ahad | Yes | Yes |

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
| 313 | 1/9/2023 | Phone Toll Link Chart | Yes | Yes |
| 314 | 1/9/2023 | GPS Radius Chart | Yes | Yes |
| 315 | 1/11/2023 | Photo Array - Murphy | Yes | Yes |
| 316 | 1/9/2023 | Map of Murphy's Residnce at 79th & Halstead | Yes | Yes |
| 317 | 1/9/2023 | Spight/Murphy Texts | Yes | Yes |
| 318 | 1/9/2023 | Spight Texts | Yes | Yes |
| 319 | 1/9/2023 | Howard/Murphy Texts | Yes | Yes |
| 320 | 1/9/2023 | Photo of Heroin from Howard Stop | Yes | Yes |
| 322 | 1/10/2023 | Holmes/Murphy Texts | Yes | Yes |
| 323 | 1/10/2023 | Holmes Texts to Others re: The P | Yes | Yes |
| 324 | 1/9/2023 | Fire in Texts - 11/10/2020 | Yes | Yes |
| 325 | 1/9/2023 | Fire in Texts - 11/24/2020 | Yes | Yes |
| 326 | 1/9/2023 | Fire in Texts - 2/20/2021 | Yes | Yes |
| 327 | 1/9/2023 | Fire in Texts - 5/13/2021 | Yes | Yes |
| 328 | 1/9/2023 | Fire in Texts - 6/14/2021 | Yes | Yes |
| 329 | 1/9/2023 | Fire in Texts -6/26/2021 | Yes | Yes |
| 330 | 1/9/2023 | Fire in Texts -6/28/2021 | Yes | Yes |
| 331 | 1/9/2023 | Fire in Texts-7/3/2021 | Yes | Yes |
| 332 | 1/9/2023 | Fire in Texts-7/11/2021 | Yes | Yes |
| 333 | 1/9/2023 | Customer Text Photos of Heroin | Yes | Yes |
| 335 | 1/9/2023 | Stipulation - Lab Reports | Yes | Yes |
| 336 | 1/9/2023 | DCI Lab Reports | Yes | Yes |
| 337 | 1/10/2023 | Photo of Murphy's House | Yes | Yes |
| 338 | 1/10/2023 | Photo of Murphy's House-Pole Cam Still | Yes | Yes |
| 339 | 1/11/2023 | Consent Search Photo - Kitchen | Yes | Yes |
| 340 | 1/11/2023 | Consent Search Photo - Kitchen | Yes | Yes |
| 341 | 1/11/2023 | Consent Search Photo - Kitchen | Yes | Yes |
| 342 | 1/11/2023 | Consent Search Photo - Closet | Yes | Yes |
| 343 | 1/11/2023 | Consent Search Photo - Safe in Closet | Yes | Yes |
| 344 | 1/11/2023 | Consent Search Photo - Gun Box | Yes | Yes |
| 345 | 1/11/2023 | Consent Search Photo - Safe | Yes | Yes |
| 346 | 1/11/2023 | Consent Search Photo - Safe Empty | Yes | Yes |
| 347 | 1/11/2023 | Consent Search Photo - IDs | Yes | Yes |
| 348 | 1/11/2023 | Consent Search Photo - Safe | Yes | Yes |
| 349 | 1/11/2023 | Consent Search Photo - Safe Contents | Yes | Yes |
| 350 | 1/11/2023 | Photo of Ammo | Yes | Yes |
| 351 | 1/11/2023 | Consent Search Photo - Drug Notes | Yes | Yes |
| 352 | 1/10/2023 | M.H. Plea Agreement | Yes | Yes |
| 353 | 1/10/2023 | Sealed Document | Yes | Yes |
| 356 | 1/9/2023 | Murphy NDIL Certified Judgment | Yes | Yes |
| 358 | 1/11/2023 | Door Void Photo | Yes | Yes |
| 359 | 1/11/2023 | Door Void Photo | Yes | Yes |
| 360 | 1/11/2023 | Door Void Photo | Yes | Yes |
| 362 | 1/9/2023 | Drug Trafficking Structure | Yes | Yes |
| 363 | 1/10/2023 | CAST Analysis | Yes | Yes |
| 364 | 1/9/2023 | Disc of Toll Data | Yes | Yes |
| 365 | 1/9/2023 | Disc of Phone GPS Data | Yes | Yes |
| 366 | 1/10/2023 | Disc of Historical Phone Location Data | Yes | Yes |
| 369 | 1/11/2023 | Stipulation - Jail Phone Call | Yes | Yes |
| 371 | 1/11/2023 | M.D. Plea Agreement | Yes | Yes |
| 372 | 1/11/2023 | Sealed Document | Yes | Yes |